| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kessler, Gladys | U.S. District Court | 06/09/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge, Senior | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2008 to 12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. District Court 333 Constitution Avenue, N.W. Washington, DC 20001 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director and Board Chairperson | Our Place, D.C. -- a 501(c)(3) organization |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

2009 JUN 16 A 10: 59 FINANCIAL DISCLOSURE OFFICE RECEIVED

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2008 | I am a member of the D.C. Judges' Retirement Fund and eligible for all benefits. I am now collecting a reduced annuity from the fund. |
| 2. 2008 | As a Senior Judge, I now receive a pension rather than a salary. |
| 3. | |

Kessler, Gladys

| Name of Person Reporting | Date of Report |
|---|---|
| Kessler, Gladys | 06/09/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | D.C. Government - Pension | $118,880.40 |
| 2. 2008 | Judicial Retirees & Survivors Admin Office of the US Courts - Pension | $159,852.88 |
| 3. 2008 | Vanguard Fiduciary Trust Company | $16,735.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Prudential Insurance Company - Pension |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kessler, Gladys | 06/09/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kessler, Gladys | 06/09/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ADP - common stock | B | Dividend | K | T | | | | | |
| 2. Tyco - common stock | A | Dividend | J | T | | | | | |
| 3. MMM - common stock | B | Dividend | L | T | | | | | |
| 4. GE - common stock | C | Dividend | K | T | | | | | |
| 5. Black & Decker - common stock | A | Dividend | J | T | | | | | |
| 6. Vanguard High Yield Tax Exempt - mutual fund | E | Interest | N | T | Sold (part) | 06/05 | J | A | |
| 7. Vanguard Tax Exempt Money Market Fund | A | Interest | K | T | | | | | |
| 8. Sun Trust - Checking Account | A | Interest | J | T | | | | | |
| 9. Wells Fargo Advan Corp Bond Fund (charitable) - mutual fund | A | Dividend | | | Buy (add'l) | 01/02 | J | | |
| 10. | | | | | Sold (part) | 01/02 | J | A | |
| 11. | | | | | Sold (part) | 01/04 | J | A | |
| 12. | | | | | Sold (part) | 01/10 | J | A | |
| 13. | | | | | Sold (part) | 01/16 | J | A | |
| 14. | | | | | Buy (add'l) | 02/01 | J | | |
| 15. | | | | | Sold (part) | 02/21 | J | A | |
| 16. | | | | | Sold (part) | 02/22 | J | A | |
| 17. | | | | | Buy (add'l) | 03/03 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kessler, Gladys | 06/09/2009 |

## VII. INVESTMENTS and TRUSTS *– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 03/05 | J | A | |
| 19. | | | | | Sold (part) | 03/12 | J | A | |
| 20. | | | | | Buy (add'l) | 04/01 | J | | |
| 21. | | | | | Sold (part) | 04/07 | J | A | |
| 22. | | | | | Sold (part) | 04/09 | J | A | |
| 23. | | | | | Buy (add'l) | 05/01 | J | | |
| 24. | | | | | Sold (part) | 05/12 | J | A | |
| 25. | | | | | Buy (add'l) | 06/02 | J | | |
| 26. | | | | | Sold (part) | 06/05 | K | A | |
| 27. | | | | | Sold (part) | 06/18 | J | A | |
| 28. | | | | | Buy (add'l) | 07/01 | J | | |
| 29. | | | | | Transferred (to line 30) | 07/18 | K | A | |
| 30. Wells Fargo Advan Income Plus (charitable) - mutual fund | A | Dividend | | | Transferred (from line 9) | 07/18 | K | | |
| 31. | | | | | Buy (add'l) | 09/02 | J | | |
| 32. | | | | | Sold (part) | 09/03 | J | A | |
| 33. | | | | | Sold (part) | 09/15 | J | A | |
| 34. | | | | | Buy (add'l) | 10/01 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kessler, Gladys | 06/09/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 11/03 | J | | |
| 36. | | | | | Sold (part) | 11/06 | J | A | |
| 37. | | | | | Sold (part) | 11/07 | J | A | |
| 38. | | | | | Sold (part) | 11/10 | J | A | |
| 39. | | | | | Sold (part) | 11/12 | J | A | |
| 40. | | | | | Sold (part) | 11/17 | J | A | |
| 41. | | | | | Sold (part) | 11/18 | J | A | |
| 42. | | | | | Buy (add'l) | 12/01 | J | | |
| 43. | | | | | Sold (part) | 12/08 | J | A | |
| 44. | | | | | Sold (part) | 12/11 | J | A | |
| 45. | | | | | Sold | 12/12 | J | A | |
| 46. Wells Fargo Advantage Fund IRA - mutual fund ● | | None | K | T | | | | | |
| 47. Vanguard 500 Index Fund | D | Dividend | M | T | | | | | |
| 48. Vanguard Dividend Growth Fund ● | C | Dividend | M | T | | | | | |
| 49. Janus Twenty Fund | A | Dividend | K | T | | | | | |
| 50. Warehouse Leasing Assoc., L.C. ● | | None | | | Sold | 06/18 | K | E | |
| 51. Banc of America - Nuveen Dividend Advan tage Muni Bond Fund | B | Interest | K | T | | | | | See note in part VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kessler, Gladys | 06/09/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Washington Mutual - common stock ● | A | Dividend | J | T | | | | | |
| 53. Apache Corp - common stock ● | B | Dividend | M | T | | | | | |
| 54. General Electric - common stock ● | C | Dividend | K | T | Buy (add'l) | 07/02 | K | | |
| 55. Smith Midland - common stock ● | | None | J | T | | | | | |
| 56. Quality Systems - common stock ● | C | Dividend | M | T | | | | | |
| 57. General Dynamics - common stock ● | B | Dividend | L | T | | | | | |
| 58. Banc of America - Eaton Vance Municipal Bonds | B | Int./Div. | K | T | | | | | See note in part VIII |
| 59. Vanguard Health Care Fund | D | Dividend | M | T | | | | | |
| 60. Banc of America - D.C. G.O. Bond | A | Interest | J | T | Redeemed (part) | 06/02 | J | A | See note in part VIII |
| 61. | | | | | Redeemed (part) | 09/15 | J | A | |
| 62. Banc of America - D.C. Revenue Bond | A | Interest | J | T | | | | | See note in part VIII |
| 63. Allstate - common stock ● | C | Dividend | L | T | Buy (add'l) | 10/17 | K | | |
| 64. RPM International - common stock ● | C | Dividend | L | T | Buy (add'l) | 10/17 | K | | |
| 65. Banc of America - 3M Company | A | Dividend | J | T | | | | | See note in part VIII |
| 66. Banc of America - General Electric | A | Dividend | J | T | | | | | See note in part VIII |
| 67. Banc of America - Eaton Vance Worldwide Health | C | Int./Div. | K | T | | | | | See note in part VIII |
| 68. Wells Fargo Advantage Opportunity Fund ● | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kessler, Gladys | 06/09/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Ferris Baker Watts - Reserve Primary Fund ● | A | Dividend | J | T | | | | | |
| 70. Bank of America - common stock ● | C | Dividend | K | T | | | | | |
| 71. Vanguard Mid-Cap Index Fund Admiral Shares | B | Dividend | M | T | | | | | |
| 72. PNC Bank - Checking Account ● (X) | | None | K | T | | | | | |
| 73. Pentair, Inc - common stock ● | B | Dividend | L | T | | | | | |
| 74. Broadridge Financial Solutions, Inc. | A | Dividend | J | T | | | | | |
| 75. Vanguard Ins LT Tax-Exempt Adm - ● | D | Interest | | | Buy (add'l) | 01/28 | M | | |
| 76. | | | | | Sold (part) | 04/08 | K | A | |
| 77. | | | | | Sold (part) | 04/09 | J | A | |
| 78. | | | | | Buy (add'l) | 06/04 | K | | |
| 79. | | | | | Buy (add'l) | 06/18 | K | | |
| 80. | | | | | Sold (part) | 07/08 | K | A | |
| 81. | | | | | Sold (part) | 07/25 | K | A | |
| 82. | | | | | Sold (part) | 09/26 | K | A | |
| 83. | | | | | Sold (part) | 10/22 | L | A | |
| 84. | | | | | Sold (part) | 11/03 | K | A | |
| 85. | | | | | Transferred (to line 94) | 12/12 | M | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kessler, Gladys | 06/09/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Vanguard Growth and Income Fund - ● | A | Dividend | K | T | | | | | |
| 87. Matthews China Fund - ● | D | Dividend | J | T | | | | | |
| 88. Ferris Baker Watts - Ace Comm Corp - common stock ● | | None | | | Sold | 10/24 | J | A | |
| 89. Covidiend Ltd - common stock | A | Dividend | J | T | | | | | |
| 90. Vanguard IRA 500 Index Fund Admiral Shares | C | Dividend | M | T | | | | | |
| 91. Vanguard IRA Mid-Cap Index Fund Admiral Shares | B | Dividend | M | T | | | | | |
| 92. Sandy Spring Bancorp - ● | A | Dividend | K | T | Buy | 07/10 | K | | |
| 93. | | | | | Buy | 09/22 | K | | |
| 94. Vanguard Long-Term Tax-Exempt Adm - ● | A | Interest | M | T | Transferred (from line 75) | 12/12 | M | | |
| 95. Dow Chemical Company - common stock ● | | None | K | T | Buy | 10/22 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kessler, Gladys | 06/09/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Additional notes on Part VII: lines 51, 58, 60, 62, 65, 66, 67 are all holdings in the same brokerage account.

| Name of Person Reporting | Date of Report |
|---|---|
| Kessler, Gladys | 06/09/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signa

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544